Form plncf13 – ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 24−11014−CMG
                            Chapter: 13
                            Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerone A Steel
   924 Parkside Avenue
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−2843

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 8, 2024.

Dated: April 8, 2024
JAN: rms

                                                          Jeanne Naughton
                                                          Clerk